1    CARLSMITH BALL LLP

2    JOHN D. OSBORN
     Carlsmith Building, Capitol Hill
3    P.O. Box 5241
     Saipan, MP 96950-5241
4    Tel No. 670.322.3455

5    Attorneys for Defendant
     Seahorse, Inc.
6

7

8

9                    UNITED STATES DISTRICT COURT

10                              FOR THE

11                 NORTHERN MARIANA ISLANDS

12   LI FENFEN,                              CIVIL ACTION NO. 07-0033

13          Plaintiff,

14   vs.                                     STIPULATION AND ORDER

15   SEAHORSE, INC. SAIPAN,

16          Defendant.

17

18          Come now counsel for the parties and subject of the Court's approval hereby stipulate and

19   agree that Defendant shall have an additional twenty (20) days from November 7, 2007 in which

20   to answer or otherwise respond to Plaintiff's Complaint filed herein.

21          IT IS SO STIPULATED.

22

23                                           O'CONNOR BERMAN DOTTS & BANES

24
                                             /s/ Joseph E. Horey
25   DATED: Saipan, MP, November 5, 2007.    JOSEPH E. HOREY
                                             Attorneys for Plaintiff
26                                           LI FENFEN

27

28

     4851-5095-0914.1.000901-00030

**FILED**
Clerk
District Court

NOV - 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1

2                                                CARLSMITH BALL LLP

3
                                                 /s/ John D. Osborn
4   DATED: Saipan, MP, November 5, 2007.         JOHN D. OSBORN
                                                 Attorneys for Defendant
5                                                SEAHORSE, INC.

6

7

8                              O R D E R

9          The Court having reviewed the stipulation of the parties find that same should be and

10  hereby is approved.  Therefore Defendant Seahorse, Inc. shall have twenty (20) days from

11  November 7, 2007 in which to answer or otherwise plead to Plaintiff's Complaint.

12         IT IS SO ORDERED.

13
                        7/H
14  DATED: November  6      , 2007.          Alex R munson
15                                               ALEX R. MUNSON
                                                      Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

    4851-5095-0914.1.000901-00030                -2.-