Richard W. Pierce, Law Office, LLC
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427
Attorney for Defendant Seahorse Inc. Saipan

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

LI FENFEN,

    Plaintiff,

vs.

SEAHORSE INC. SAIPAN,

    Defendant.

CIVIL CASE NO. 07-0033

SUBSTITUTION OF COUNSEL FOR
DEFENDANT SEAHORSE INC. SAIPAN

Richard W. Pierce hereby substitutes for John D. Osborn as counsel for Defendant Seahorse Inc. Saipan, and notifies the Court of the substitution of counsel from John D. Osborn to Richard W. Pierce. With the substitution, Mr. Osborn is relieved of further responsibility in this matter.

Dated this November 21, 2007.

RICHARD W. PIERCE LAW OFFICE, LLC

/s/
_____
Richard W. Pierce
Attorney

CARLSMITH BALL LLP

_____
John D. Osborn
Attorney

SO APPROVED this____ day of November, 2007.

_____
Alex R. Munson, Chief Judge

-1-