F I L E D
Clerk
District Court

NOV 23 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| LI FENFEN, | ) | Civil Action No. 07-0033 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER APPROVING |
| | ) | STIPULATION TO |
| SEAHORSE, INC. SAIPAN, | ) | SUBSTITUTE COUNSEL |
| | ) | |
| Defendant | ) | |

BASED UPON the November 21, 2007, stipulation, and good cause appearing therefrom, NOW, THEREFORE,

IT IS ORDERED that Richard W. Pierce be and hereby is allowed to substitute in for John D. Osborn as attorney of record for defendant, effective immediately. Mr. Osborn is relieved of further responsibilities in this matter.

DATED this 23rd day of November, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)