O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
1 Nauru Loop
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: 234-5684
Fax: 234-5683
E-mail: attorneys@saipan.com

Attorneys for Plaintiff

IN THE DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI FENFEN,<br><br>       Plaintiff,<br><br>vs.<br><br>SEAHORSE INC. SAIPAN,<br><br>       Defendants. | Civ. No. 07-0033<br><br>STIPULATION<br>RE CASE MANAGEMENT<br>CONFERENCE |

The parties to the above captioned matter hereby stipulate and agree that the Case Management Conference in this matter, presently scheduled for January 4, 2008, be rescheduled to **January 22, 2008**, at 8:30 am, for the reason that Plaintiff's undersigned counsel will be off-island on the originally scheduled date.

So stipulated this 26th day of December, 2007.

O'CONNOR BERMAN DOTTS & BANES        LAW OFFICE OF RICHARD W. PIERCE
Attorneys for Plaintiff                                           Attorneys for Defendant


by:_____/s/_____              by:_____/s/_____
         Joseph E. Horey                                              Richard W. Pierce

*3414-01-071220-stip re case mgt conf.wpd*