FILED
Clerk
District Court

DEC 28 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI FENFEN,<br><br>    Plaintiff<br><br>        v.<br><br>SEAHORSE INC. SAIPAN,<br><br>    Defendant | Civil No. 07-0033<br><br>ORDER RE-SCHEDULING<br>CASE MANAGEMENT<br>CONFERENCE |

BASED UPON the stipulation of the parties and plaintiff's counsel's off-island notice of November 7, 2007, and good cause appearing therefrom,

IT IS ORDERED that the case management scheduling conference set for January 4, 2008, be and hereby is changed to **Tuesday, January 22, 2008, at 8:30 a.m.**

DATED this 28th day of December, 2007.

/s/ Alex R. Munson
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)