**O'CONNOR BERMAN DOTTS & BANES**
**Second Floor, Nauru Building**
**1 Nauru Loop**
**Susupe, Saipan, CNMI**
**Mail: PO Box 50-1969 Saipan MP 96950**
**Phone: 234-5684**
**Fax: 234-5683**
**E-mail: attorneys@saipan.com**

**Attorneys for Plaintiff**

# IN THE DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LI FENFEN,** | Civ. No. 07-0033 |
| Plaintiff, | **CASE MANAGEMENT CONFERENCE STATEMENT** |
| vs. | (Pursuant to Fed.R.Civ.P. 26(a) and Local Rule 16.2CJ(d)) |
| **SEAHORSE INC. SAIPAN,** | |
| Defendants. | Conference: January 22, 2008  8:30 am |

Comes now Plaintiff Li Fenfen, by and through her attorneys O'Connor Berman Dotts & Banes, and, in accordance Local Rule 16.2CJ(e)(2), hereby submits her Case Management Conference Statement.

(a)  Service of Process: Defendant has been served.

(b)  Jurisdiction and Venue: Not at issue.

(c)  Anticipated Motions: Plaintiffs anticipate a motion for summary judgment as to Defendant's counterclaim, and perhaps also a summary judgment motion on Plaintiff's underlying claim at the close of discovery.

(d)  Special Procedures: None anticipated.

(e)  Modifications: Plaintiff does not anticipate the need for any modification of the

standard pretrial procedures.

(f) <u>Settlement</u>: No settlement discussions have yet taken place, but Plaintiff is open to a reasonable settlement.

(g) <u>Other Matters</u>: Plaintiff agrees with the Court's recommendation of standard track.

Respectfully submitted this 17th day of January, 2008.

                                O'CONNOR BERMAN DOTTS & BANES
                                Attorneys for Plaintiff

                                By:_____/s/_____
                                        Joseph E. Horey

*3414-01-080116-case management statement.wpd*