Richard W. Pierce, Law Office, LLC
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427
Attorney for Defendant Seahorse Inc. Saipan

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI FENFEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SEAHORSE INC. SAIPAN,<br><br>　　　　　Defendant. | CIVIL CASE NO. 07-0033<br><br>CASE MANAGEMENT CONFERENCE<br><br>Date:　January 22, 2008<br>Time:　8:30 a.m. |

　　　　Seahorse Inc. Saipan, by and through the undersigned counsel, submits the following Case Management Conference ("CMC") Statement in this matter. This litigation ought to follow a Standard Track because, in line with LR 16.2CJ(c)(2)(b), discovery will be relatively routine, discovery will require up to ten fact witnesses, the trial will likely last from five to ten days, and although the character and nature of damages is relatively routine, there are some twist from maritime law.

　　　　1.　　Factual Information:

　　　　Plaintiff maintains that defendant, through its agent, dangerously operated a jet ski, which allegedly flipped to the injury of Plaintiff's arm. Seahorse denied the allegations, and counterclaimed for exoneration from or limitation of liability based upon the fact that a jet ski is a vessel.

　　　　2.　　CMC Statement:

　　　　　　a.　　The defendant has been served.

-1-

b.  Jurisdiction and venue lie in this Court.

c.  Although unable to gauge the likelihood of filing any dispositive motions, the defendant retain the right to file motions for summary judgment and/or partial summary judgment.

d.  The defendant does not anticipate the need for any special procedures, including consolidation.

e.  The defendant does not anticipate the need for any modifications of standard pretrial procedures on account of the relative simplicity or complexity of the action, except for the need of depositions in other countries.  The defendant requests a Standard Track, as suggested by the Court.

f.  The defendant is open to any mediation and settlement efforts suggested by this Court.

Respectfully submitted,

RICHARD W. PIERCE, LAW OFFICE, LLC

Date:  Jan. 17, 2008              By:    _____/s/_____
                                         Richard W. Pierce
                                         Attorney for Seahorse Inc. Saipan

Richard W. Pierce
Richard W. Pierce, Law Office, LLC
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427
Attorney for Seahorse Inc. Saipan

**UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| LI FENFEN, | ) CIVIL CASE NO. 07-0033 )
| Plaintiff, | ) CASE MANAGEMENT PLAN )
| vs. | ) Date: January 22, 2008 ) Time: 8:30 a.m.
| SEAHORSE INC. SAIPAN, | ) )
| Defendant. | ) |

    Seahorse Inc. Saipan by and through the undersigned counsel, proposes the following Case Management Plan in this matter, pursuant to LR 16.2CJ(e)(3) and Fed. R. Civ. P. 26(f).

    1.    <u>LR 16.2CJ(e)(3) Information and [Proposed] Case Management Plan</u>:

        a.    There exist no issue concerning venue or jurisdiction over any subject matter or served defendant in this litigation, except that defendant may address supplemental jurisdiction.

        b.    The defendant has been served.

        c.    All counsel have filed appearances.

        d.    There exist no issue concerning joinder of parties or claims. The deadline for filing any motion seeking to amend the pleadings shall be February 28, 2008.

        e.    As required by LR 16.2CJ(d), the pre-discovery disclosure statement setting forth information required to be disclosed pursuant to Fed. R. Civ. P. 26(a) shall have been exchanged no later than February 5, 2008, no more than fourteen days after the CMC.

There shall be a maximum of 10 depositions by each party. The depositions shall not exceed the 7 hour, 1 day maximum specified in Fed. R. Civ. P. 30(d) unless extended by agreement of the parties or order of the Court. The parties will meet and confer in good faith should any party find it necessary to depose more than 10 individuals.

There shall be a maximum of 25 interrogatories for the plaintiff and for defendant. The parties will meet and confer in good faith should any party find it necessary to modify Fed. R. Civ. P. 33(a) and issue more than 25 interrogatories.

Disclosure of expert witnesses and reports from retained experts, pursuant to Fed. R. Civ. P. 26(a)(2), will be made no later than June 2, 2008, approximately 60 days prior to discovery cut-off on August 1, 2008. Designation of rebuttal experts will be due on July 1, 2007, approximately 30 days prior to discovery cut-off, with expert depositions to be taken by discovery cutoff.

    k.    Discovery in this matter shall be completed no later than August 1, 2008. All motions or stipulations to extend any date set by this discovery plan must be filed with the court no later than July 3, 2008.

    m.    Dispositive motions will be filed no later than September 4, 2008.

    n.    The joint pretrial order will be filed no later than October 6, 2008.

    o.    The Plaintiff demanded a trial by jury in a timely fashion.

    p.    There exist no pending related actions.

    q.    The trial shall begin on October 20, 2008.

Each party shall file and serve proposed voir dire questions, jury instructions and forms of verdict no later than September 29, 2008. No later than October 6, 2008, each party shall file and serve any statements from depositions, interrogatory answers, and requests for admission that may be offered at trial for other than impeachment or rebuttal purposes. No later than October 6, 2008, the parties shall exchange and pre-mark for identification purposes copies of all exhibits, schedules, summaries, diagrams, and charts to be used at trial other than for impeachment or rebuttal purposes. Upon request, a party shall make the original of any exhibit available for inspection and copying. The final pre-trial conference shall be held on October 14, 2008.

    2.    <u>Fed. R. Civ. P. 26(f) Information</u>:

      a.    No changes shall be made to the timing, form or requirement of disclosures under the Local Rules and Fed. R. Civ. P. 26(f).

      b.    The parties shall conduct discovery according to the schedule above.

Respectfully submitted,

RICHARD W. PIERCE, LAW OFFICE, LLC
Richard W. Pierce

Date: Jan. 17, 2008          By:         /s/
                                           Richard W. Pierce
                                           Attorney for Seahorse Inc. Saipan