F I L E D
Clerk
District Court

JAN 22 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| LI FENFEN, | ) | Civil Action No. 07-0033 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE MANAGEMENT |
| | ) | SCHEDULING ORDER |
| SEAHORSE INC. SAIPAN, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in this matter on Tuesday, January 22, 2008. As a result of the conference,

---

[1]   Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. *See* Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

IT IS ORDERED THAT:

1. All parties are to be joined on or before April 1, 2008.

2. All motions to amend pleadings shall be filed on or before April 1, 2008.

3. All discovery shall be served by July 1, 2008. No discovery material shall be filed with the court except as necessary to support a motion.

4. All discovery motions shall be filed so as to be heard on or before August 21, 2008. Motions shall be filed in accordance with Local Rule 7.1.

5. Plaintiff's expert disclosure shall occur on or before June 2, 2008.

6. Defendant's expert disclosure shall occur on or before July 1, 2008.

7. Plaintiffs' rebuttal expert disclosure shall occur on or before August 1, 2008.

8. Defendant's rebuttal expert disclosure shall occur on or before August 15, 2008.

9. Expert discovery shall be completed by September 15, 2008.

10. A status/settlement conference will be held on May 30, 2008, at 9:00 a.m.

11. All dispositive motions shall be filed so as to be heard on or before November 20, 2008. Said motions shall be filed in accordance with Local Rules 7.1 and/or 56.1.

12. A settlement conference will be held on November 26, 2008, at 9:00 a.m.

13. The jointly-prepared final pretrial order shall be filed with the court by 3:30 p.m., December 12, 2008. (Local Rule 16.2CJ.e.9.)

14. A final pretrial conference will be held on December 19, 2008, at 9:00 a.m.

15. Trial shall begin on January 12, 2009, at 9:00 a.m.

This case has been assigned to the **Standard** Track.

DATED this 22nd day of January, 2008.

/s/ Alex R. Munson
ALEX R. MUNSON
Judge