Richard W. Pierce, Law Office, LLC
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427
Attorney for Defendant Seahorse Inc. Saipan

FILED
Clerk
District Court

MAR 24 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

LI FENFEN,

        Plaintiff,

vs.

SEAHORSE INC. SAIPAN,

        Defendant.

CIVIL CASE NO. 07-0033

BOND FOR LIMITATION OF LIABLITY

    Whereas, defendant Seahorse Inc. Saipan filed a defense and claim for exoneration from or limitation of liability to Li, Fenfen under Rule F, Supplemental Rules for Certain Admiralty and Maritime Claims;

    Whereas, the value of the vessel at issue is no more than $6,600.00 and security for costs under LAR F shall be $1,000.00, with interest for one year at $396.00;

    Therefore, Seahorse posts a cash bond with the Court this date for the amount of $7,996.00 and requests that the Court order publication in accordance with Rule F and LAR F.

    Seahorse is confident that there are no claimants other than the plaintiff herein.

Dated this March 24, 2008.

RICHARD W. PIERCE LAW OFFICE, LLC

/s/ [signature]
Richard W. Pierce
Attorney for Seahorse Inc. Saipan

-1-