FILED
Clerk
District Court

MAY -2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI FENFEN,<br><br>Plaintiff,<br><br>vs.<br><br>SEAHORSE INC., SAIPAN,<br><br>Defendant. | Civil Action No. 07-0033<br><br><br>Case Management Scheduling Order Re:<br>Negligence and Privity |

Joseph E. Horey
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

Richard W. Pierce
Attorney at Law
P.O. Box 503514
Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in the above case on May 2, 2008. As a result of the conference,

IT IS ORDERED THAT:

This case is bifurcated for the purpose of determining Negligence and Privity

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. See e.g. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. See Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

AO 72
(Rev. 08/82)

and, the portion for damages is stayed until resolution of Negligence and Privity.

1. All discovery shall be completed by August 15, 2008.

2. Expert disclosure by both parties - July 25, 2008.

3. A final pretrial conference will be held on August 29, 2008, at 9:00 a.m.

4. The trial in the bifurcated portion in this case shall begin on September 2, 2008, at 9:00 a.m.

DATED THIS 2nd day of May, 2008, Garapan, Saipan, CNMI.

_____
Judge Alex R. Munson