**O'CONNOR BERMAN DOTTS & BANES**
Second Floor, Nauru Building
1 Nauru Loop
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: 234-5684
Fax: 234-5683
E-mail: attorneys@saipan.com

**Attorneys for Plaintiff**

**IN THE DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | | |
|---|---|---|
| **LI FENFEN,** | ) | Civ. No. 07-0033 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NOTICE OF** |
| vs. | ) | **TAKING DEPOSITION** |
| | ) | |
| **SEAHORSE INC. SAIPAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**TO:   Richard W. Pierce, Esq.
        Attorney for Defendant**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, on the date and time indicated below, at the Law Office of O'Connor Berman Dotts & Banes, Second Floor, Nauru Building, Susupe, Saipan, or at such other time and place as mutually agreed upon by the parties and witnesses, Plaintiff will take the deposition of the following:

| **NAME** | **DATE AND TIME** |
|---|---|
| **Shao Hong Walker** | 10:00 a.m.<br>July 15, 2008 |

This deposition shall be upon oral examination before an officer authorized by law to administer oaths. The examination will continue from day to day until completed. You are invited to attend and cross-examine.

Pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, you are hereby notified that the deposition will be recorded by a cassette tape recorder. Upon completion of the deposition,

1  the tape recording shall be delivered to a secretarial service, which shall transcribe the depositions
2  from the tape recording. The tape recording will be made available to the deponent by the
3  secretarial service in connection with the review and signing of the depositions by the deponent.
4  Upon completion of such review and signing, the tape recording will not be filed with the Court, it
5  will be returned to the undersigned for reuse.

7  Dated this 1st day of July, 2004.

10  O'CONNOR BERMAN DOTTS & BANES
   Attorneys for Plaintiff

13  _____/s/_____
   By: JOSEPH E. HOREY

20  3414-01-080701-notice of deposition (shao hong).wpd