1    **O'CONNOR BERMAN DOTTS & BANES**
     **Second Floor, Nauru Building**
2    **1 Nauru Loop**
     **Susupe, Saipan, CNMI**
3    **Mail: PO Box 50-1969 Saipan MP 96950**
     **Phone: 234-5684**
4    **Fax: 234-5683**
     **E-mail: attorneys@saipan.com**
5
     **Attorneys for Plaintiff**
6
                          **IN THE DISTRICT COURT**
7                    **FOR THE NORTHERN MARIANA ISLANDS**

8    **LI FENFEN,**                        )    **Civ. No. 07-0033**
                                           )
9                      **Plaintiff,**      )
                                           )    **NOTICE OF TAKING**
10             **vs.**                     )    **DEPOSITION PURSUANT**
                                           )    **TO RULE 30(b)(6) OF THE**
11   **SEAHORSE INC. SAIPAN,**             )    **FEDERAL RULES OF**
                                           )    **CIVIL PROCEDURE**
12                     **Defendants.**     )
     ─────────────────────────────────────)
13

14   **TO:    Richard W. Pierce, Esq.**
15          **Attorney for Defendant**

16
            PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure,
17
     on the date and time indicated below, at the Law Office of O'Connor Berman Dotts & Banes,
18
     Second Floor, Nauru Building, Susupe, Saipan, or at such other time and place as mutually agreed
19
     upon by the parties and witnesses, Plaintiff will take the deposition of the following:
20
            **NAME**                                      **DATE AND TIME**
21
            **Designated Representative(s)**              **10:00 a.m.**
22          **Seahorse Inc. Saipan**                      **July 16, 2008**

23          Said deposition is noticed pursuant to Rule 30 (b) (6) of the Federal Rules of Civil Procedure,

24   and said designee(s) of Seahorse Inc. Saipan, shall provide testimony regarding all matters set forth

25   below:

26          1.     The circumstances of the April 29, 2007, jet ski accident in which Plaintiff Li Fenfen

27                 was injured.

28          2.     The age, condition, and customary use by Seahorse of the jet ski on which Plaintiff

1    was riding at the time of the accident.

2    3.    The circumstances of the hiring and employment of Zhang Hua by Seahorse,

3    including his regular job duties, any steps taken by Seahorse to secure authorization

4    of CNMI Division of Labor for his employment, and any inquiries made into his

5    prior work experience.

6    4.    Any education or training with respect to the operation of jet skis undergone by

7    Zhang Hua or other Seahorse employees.

8    5.    Any practices or policies of Seahorse relating to the safety of jet ski passengers.

9    6.    Any advertising or other representations made by Seahorse to the public with

10    respect to its jet ski services.

11    7.    Any other jet ski, boating, or other accidents in which Seahorse personnel have been

12    involved in the course of their employment with Seahorse.

13

14    This deposition shall be upon oral examination before an officer authorized by law to

15    administer oaths. The examination will continue from day to day until completed. You are invited

16    to attend and cross-examine.

17

18    Pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, you are hereby notified

19    that the deposition will be recorded by a cassette tape recorder. Upon completion of the deposition,

20    the tape recording shall be delivered to a secretarial service, which shall transcribe the depositions

21    from the tape recording. The tape recording will be made available to the deponent by the

22    secretarial service in connection with the review and signing of the depositions by the deponent.

23    Upon completion of such review and signing, the tape recording will not be filed with the Court, it

24    will be returned to the undersigned for reuse.

25

26    Dated this 1st day of July, 2004.

27

28

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff


_____/s/_____
By: JOSEPH E. HOREY

3414-01-080707-notice of deposition (seahorse).wpd