1  **O'CONNOR BERMAN DOTTS & BANES**
   **Second Floor, Nauru Building**
2  **1 Nauru Loop**
   **Susupe, Saipan, CNMI**
3  **Mail: PO Box 50-1969 Saipan MP 96950**
   **Phone: 234-5684**
4  **Fax: 234-5683**
   **E-mail: attorneys@saipan.com**
5
   **Attorneys for Plaintiff**
6
                      **IN THE DISTRICT COURT**
7                 **FOR THE NORTHERN MARIANA ISLANDS**

8  **LI FENFEN,**                          )    Civ. No. 07-0033
                                            )
9              **Plaintiff,**               )
                                            )    **NOTICE OF HEARING**
10             **vs.**                      )
                                            )
11 **SEAHORSE INC. SAIPAN,**                )    **Date: August 28, 2008**
                                            )    **Time: 8:30 am**
12             **Defendants.**              )
   _____ )
13

14
   **TO DEFENDANT AND ITS COUNSEL OF RECORD:**
15

16
      **YOU WILL PLEASE TAKE NOTICE** that on the date and at the time entered above, at
17
   the District Court, located in the Horiguchi Building in Garapan, Saipan, CNMI, Plaintiff's Motion
18
   To De-Bifurcate Trial will come before the Court for hearing.
19

20
   Dated: July 18, 2007.
21

22
                                                  O'CONNOR BERMAN DOTTS & BANES
23                                                Attorneys for Plaintiff

24

25
                                                  By:_____/s/_____
26                                                       Joseph E. Horey

   *3414-01-080718-PL-M to de-bifurcate-N.wpd*
27

28