FILED
Clerk
District Court

AUG 25 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI, FENFEN,<br><br>              Plaintiff<br><br>           v.<br><br>SEAHORSE INC. SAIPAN,<br><br>             Defendant | Civil Action No. 07-0033<br><br>ORDER RE-SCHEDULING<br>HEARING ON MOTIONS |

With the concurrence of the parties,

IT IS ORDERED that the hearing on plaintiff's motion to di-bifurcate the trial and defendant's motion for judgment on the pleadings as to the claim based on Commonwealth consumer protection law is moved from August 28, 2008, to **Tuesday, August 26, 2008, at 9:00 a.m.**

DATED this 25th day of August, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)