# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-07-0033                                                                August 26, 2008
                                                                          8:30 a.m.


### LI FENFEN -v- SEAHORSE INC. SAIPAN

PRESENT:      Hon. Alex R. Munson, Chief Judge Presiding
              Sanae Shmull, Court Reporter
              K. Lynn Lemieux, Courtroom Deputy
              Joseph Horey, Attorney for Plaintiff
              Richard Pierce, Attorney for Defendant


PROCEEDINGS:   MOTION TO DE-BIFURCATE TRIAL/ MOTION TO DISMISS
               SECOND CLAIM OF RELIEF

Plaintiff was represented by Attorney Joseph Horey. Defendants were represented by Attorney Richard Pierce.

Attorney Horey argued to de-bifurcate the trial. Attorney Pierce rested on the pleadings.

Court, after hearing argument, DENIED the motion to de-bifurcate and GRANTED the motion to dismiss the second claim of relief. Further, Court stated that a written order would be forthcoming.

                                                          Adjourned 8:36 a.m.


                                                          /s/K. Lynn Lemieux, Courtroom Deputy