**O'CONNOR BERMAN DOTTS & BANES**
**Second Floor, Nauru Building**
**1 Nauru Loop**
**Susupe, Saipan, CNMI**
**Mail: PO Box 50-1969 Saipan MP 96950**
**Phone: 234-5684**
**Fax: 234-5683**
**E-mail: attorneys@saipan.com**

**Attorneys for Plaintiff**

### IN THE DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **LI FENFEN,** | ) | Civ. No. 07-0033 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **REQUEST FOR** |
| vs. | ) | **SETTLEMENT CONFERENCE** |
| | ) | |
| **SEAHORSE INC. SAIPAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

In light of the fact that no settlement conference has yet been conducted in this matter, Plaintiff hereby requests, pursuant to Local Rule 16.2CJ(e)(5), that a settlement conference be conducted, at the same time as the pretrial conference now scheduled for August 29, 2008, at 9:00 am.

Respectfully submitted this 26th day of August, 2008.

                                            O'CONNOR BERMAN DOTTS & BANES
                                            Attorneys for Plaintiff


                                            By:_____/s/_____
                                                      Joseph E. Horey

*3414-01-080826-request for setlement conference.wpd*