FILED
Clerk
District Court

AUG 27 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI, FENFEN,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>SEAHORSE INC. SAIPAN,<br><br>　　　　Defendant | Civil Action No. 07-0033<br><br>ORDER SETTING<br>SETTLEMENT CONFERENCE |

IT IS ORDERED that a settlement conference will be heard at the time set for the pretrial conference, Friday, August 29, 2008, at 9:00 a.m., but only if the attorneys and/or their clients appear with ultimate settlement authority.

DATED this 27th day of August, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)