# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-07-0033                                              September 2, 2008
                                                        9:00 a.m.

### LI FENFEN -v- SEAHORSE INC. SAIPAN

PRESENT:      Hon. Alex R. Munson, Chief Judge Presiding
              Randy Schmidt, Law Clerk
              Sanae Shmull, Court Reporter
              K. Lynn Lemieux, Court Deputy
              Joseph Horey, Attorney for Plaintiff
              Richard Pierce, Attorney for Defendants

PROCEEDINGS:   BENCH TRIAL - Day One

Plaintiff was present and represented by Attorney Joseph Horey. Defendant, Seahorse Inc., Saipan was represented by Attorney Richard Pierce. Also present were interpreters, Monique Kramer and Jean Shi.

Interpreter, Jean Shi, was sworn as interpreter/translator if the Mandarin language.

Attorney Horey called witness:

Attorney Horey moved to exclude witnesses from the Courtroom until they have been called to testify. No objection. Court so ordered.

**LI FENFEN**. DX. Ex. 1 (Jet Ski Rules). CX. RDX.

Attorney Horey called witness:

**ZHANG, HUA**. DX.

Court recessed for morning break at 10:30 a.m. and reconvened at 10:45 a.m.

Attorney Horey continued with the DX of witness Zhang. Attorney Pierce conducted CX of witness Zhang. Attorney Pierce offered Ex. A, B, C and D.

Court recessed for noon break at 11:35 a.m. and reconvened at 2:20 p.m.

Monique Kramer was sworn as interpreter/translator of the Mandarin language.

      Attorney Pierce continued with CX of witness Zhang.  Defense moved Ex. A,B,C and D into evidence.  No objection, Court so ordered.  RDX by Attorney Horey. CX.

      Witness Zhang was excused at 3:25 p.m.

      Attorney Horey called witness:

      **MANUEL ALVAREZ**.  DX. CX.  Witness was excused at 3:40 p.m.

      Attorney Horey stated that they had no further witnesses.

      Attorney Pierce moved for a Judgment on Partial Findings.  Attorney Horey argued on behalf of Plaintiff.

      Court, after hearing argument, took the matter under advisement.

      Court recessed for afternoon break at 4:00 p.m. and reconvened at 4:15 p.m.

      Attorney Pierce moved to admit deposition testimony for the purpose of contradicting Plaintiff's testimony. No objection, Court so ordered.

      Attorney Pierce called witness:

      **SHAO HONG WALKER**.  DX.

      Court recessed for the evening.  Parties were instructed to return tomorrow at 9:00 a.m. to continue the trial.

      Adjourned at 4:40 p.m.

      By: _____/s/_____
      K. Lynn Lemieux, Courtroom Deputy