# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-07-0033                                        September 3, 2008
                                                  9:00 a.m.


**LI FENFEN -v- SEAHORSE INC. SAIPAN**


PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Randy Schmidt, Law Clerk
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Court Deputy
                Joseph Horey, Attorney for Plaintiff
                Richard Pierce, Attorney for Defendants


PROCEEDINGS:    BENCH TRIAL - Day Two

        Plaintiff was present and represented by Attorney Joseph Horey. Defendant, Seahorse Inc., Saipan was represented by Attorney Richard Pierce.  Also present were interpreters, Monique Kramer and Jean Shi.

        Attorney Pierce requested a recess so that the parties could discuss a matter. Court so agreed.

        Court recessed at 9:01 and reconvened at 9:25 a.m.

        Attorney Pierce moved that the Court hold the trial in abeyance in that a settlement has been reached.  He further stated that no paperwork, or settlement documents, have been prepared at this time.

        Court granted the motion to hold the trial in abeyance based on the representation from both counsel that they have reached a settlement.

        Court ordered that by September 10, 2008 the parties shall notify the Court of the status of the settlement agreement.


                        Adjourned at 9:35 a.m.


                        By: _____/s/_____
                        K. Lynn Lemieux, Courtroom Deputy