AO 187

# EXHIBIT AND WITNESS LIST

| Li Fenfen -v- Seahhorse, Inc. Saipan | | **District Court** Northern Mariana Islands |
|---|---|---|
| **Plaintiff's Attorney**<br>Joseph Horey, Esq. | **Defendant's Attorney**<br>Richard Pierce, Esq. | **Docket Number:** CV-07-0033<br>**Trial Date(s):** September 2 - 3, 2008 |
| **Presiding Judge**<br>Alex R. Munson, Chief Judge | **Court Reporter**<br>Sanae Shmull | **Courtroom Deputy**<br>K. Lynn Lemieux |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 09/02/2008 | ■ | ■ | LI FENFEN |
| 1 | | 09/02/2008 | 09/2/2008 | | Jet Ski Rules |
| W2 | | 09/02/2008 | ■ | ■ | ZHANG, HUA |
| | A | 9/2/2008 | 9/2/2008 | 9/2/2008 | Photo |
| | B | 9/2/2008 | 9/2/2008 | 9/2/2008 | Photo |
| | C | 9/2/2008 | 9/2/2008 | 9/2/2008 | Photo |
| | D | 9/2/2008 | 9/2/2008 | 9/2/2008 | Photo |
| W3 | | 9/2/2008 | ■ | ■ | MANUEL ALVAREZ |
| | W1 | 9/2/2008 | ■ | ■ | SHAO HONG WALKER |
| | E | 9/2/2008 | 9/2/2008 | 9/2/2008 | Deposition of Li Fenfen ( excerpt) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.