Richard W. Pierce, Law Office, LLC
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427
Attorney for Defendant Seahorse Inc. Saipan

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

LI FENFEN,

    Plaintiff,

vs.

SEAHORSE INC. SAIPAN,

    Defendant.

CIVIL CASE NO. 07-0033

STIPULATED JUDGMENT

Judgment shall be entered in accordance with the settlement agreement in this case. Each party will bear its own costs, attorney fees and expenses. The Court shall retain jurisdiction to enforce the judgment.

The bond filed by Seahorse Inc. Saipan in the amount of $7,996.00 is exonerated and is to be paid over, together with interest if any that accrued thereon, by the Clerk of Court to the law firm of O'Connor Berman Dotts & Banes in trust for Li, Fenfen.

So stipulated:

Dated: September 15, 2008

    Joseph E. Horey
    Atty. for Li, Fenfen

Dated: September __, 2008

    Richard W. Pierce
    Atty. for Seahorse Inc. Saipan

So Ordered, Adjusted and Decreed, this ___ day of September, 2008.

    Alex R. Munson
    Chief Judge

-1-