```
                                              F I L E D
                                                 Clerk
                                              District Court
1  Richard W. Pierce, Law Office, LLC
   P.O. Box 503514                             SEP 15 2008
2  Saipan, MP 96950-3514
   Telephone:  (670) 235-3425
3  Facsimile:  (670) 235-3427               For The Northern Mariana Islands
   Attorney for Defendant Seahorse Inc. Saipan   By_____
4                                                      (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

LI FENFEN,

        Plaintiff,

vs.

SEAHORSE INC. SAIPAN,

        Defendant.

CIVIL CASE NO. 07-0033

~~STIPULATED~~ JUDGMENT

Judgment shall be entered in accordance with the settlement agreement in this case. Each party will bear its own costs, attorney fees and expenses. The Court shall retain jurisdiction to enforce the judgment.

The bond filed by Seahorse Inc. Saipan in the amount of $7,996.00 is exonerated and is to be paid over, together with interest if any that accrued thereon, by the Clerk of Court to the law firm of O'Connor Berman Dotts & Banes in trust for Li, Fenfen.

So stipulated:

Dated: September 15, 2008

                                _____
                                Joseph E. Horey
                                Atty. for Li, Fenfen

Dated: September __, 2008

                                _____
                                Richard W. Pierce
                                Atty. for Seahorse Inc. Saipan

So Ordered, Adjusted and Decreed, this 15th day of September, 2008.

                                _____
                                Alex R. Munson
                                Chief Judge

-1-