F I L E D
Clerk
District Court

SEP 15 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

LI FENFEN,

    Plaintiff,

vs.

SEAHORSE INC. SAIPAN,

    Defendant.

Civil Action No. 07-0033

ORDER CLOSING FILE

Joseph E. Horey
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

Richard W. Pierce
Attorney at Law
P.O. Box 503514
Saipan, MP 96950

BASED UPON the parties' stipulation of dismissal with prejudice, and good cause appearing; NOW, THEREFORE, IT IS ORDERED that this file be and hereby is closed.

The Court shall retain jurisdiction over the parties and this matter for purposes of enforcing the terms and provisions of the Settlement Agreement.

DATED this 15th day of September, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)